**Norman A. Filer, Esq. (Bar No. 103305)**
LAW OFFICES OF NORMAN A. FILER
500 N. State College Blvd.
Suite 1270
Orange, CA 92868
T: (714) 634-1717 F: (714) 634-2855

Attorneys for Plaintiff,
VINTAGE PLASTERING, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINTAGE PLASTERING, INC.,<br><br>                              Plaintiff,<br><br>vs.<br><br>MWH DEVELOPMENT CORPORATION, et al.,<br><br>                              Defendants. | **CASE NO. CV08-7162 GW (RCx)**<br><br>Hon. George H. Wu<br>Courtroom 10<br><br>**ORDER OF REMAND**<br><br>LASC, North District<br>Case No.: ED047335 |

ORDER

Good cause appearing that this action should be remanded to the Los Angeles County Superior Court in which it was pending before it was remanded to the Federal District Court on the ground that the District Court no longer has subject matter jurisdiction;

IT IS HEREBY ORDERED that this cause is remanded to the Superior Court of the State of California, County of Los Angeles, North Central District-Glendale and that the Clerk of this court is directed to prepare a certified copy of this Order and mail it to the Clerk of the Los Angeles County Superior Court, North Central District -Glendale.

Dated: May 1, 2009        By: _____
                               HONORABLE GEORGE H. WU

[1]
**ORDER OF REMAND**